JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZOELEE ISSAC,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>MATTHEW ATCHLEY,<br><br>　　　　　Respondent. | Case No. CV 22-00570-CAS (JEM)<br><br>**J U D G M E N T** |

　　In accordance with the Order Accepting Findings and Recommendations of United States Magistrate Judge filed concurrently herewith,

　　IT IS HEREBY ADJUDGED that the action is dismissed with prejudice.

DATED: February 21, 2023

　　　　　　　　　　　　　　　　　　　　　　　　CHRISTINA A. SNYDER
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE